FLORENCE D. WERNER, Appellant, v. NEW YORK RAILWAYS COMPANY,

Respondent.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, upon the exceptions to the refusal of the court to charge as requested by plaintiff's counsel. Present — Clarke, P. J., Dowling Smith, Page and Philbin, JJ.